

# Fourth Court of Appeals
## San Antonio, Texas

February 11, 2020

No. 04-18-00906-CV

**AMERICAN ASSURANCE COMPANY,**
Appellant

v.

Noela **De Los Santos,** Individually and as next friend of Kimberly A. Ruiz,
Appellees

From the 79th Judicial District Court, Jim Wells County, Texas
Trial Court No. 06-11-45222-CV
Honorable Richard C. Terrell, Judge Presiding

# O R D E R

Sitting:       Sandee Bryan Marion, Chief Justice
Rebeca C. Martinez, Justice
Patricia O. Alvarez, Justice
Luz Elena D. Chapa, Justice
Irene Rios, Justice
Beth Watkins, Justice
Liza A. Rodriguez, Justice

The panel has considered the Appellees' Motion for Rehearing En Banc, and the motion is DENIED.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of February, 2020.

_____
MICHAEL A. CRUZ,
Clerk of Court